IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAHCHIDATOU ABIBOU, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. _____ |
| ENVOY AIR INC., | § § § | |
| *Defendant*. | § § | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Envoy Air Inc. ("Envoy"), pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes this action from the 101st District Court of Dallas County, Texas to the United States District Court for the Northern District of Texas. The grounds for removal are as follows:

## PROCEEDINGS IN STATE COURT AND TIMELINESS OF REMOVAL

1. Plaintiff Rahchidatou Abibou ("Abibou") filed a civil action in the 101st District Court, Dallas County, Texas on August 10, 2021 entitled <u>Rahchidatou Abibou v. Envoy Air Inc.</u>, that was assigned Case No. DC-21-11041 ("State Lawsuit").

2. Abibou has not yet served Envoy with the Summons and Complaint in the State Lawsuit.

3. This Notice of Removal is timely filed because not more than thirty days have passed since the service of the initial pleading setting forth the claim for relief upon which the state court action is based. See <u>Delgado v. Shell Oil Co.</u>, 231 F.3d 165, 177 (5th Cir. 2000) ("We read § 1446(b) and its 'through service or otherwise' language as consciously reflecting a desire on the part of Congress to require that an action be commenced against a defendant before removal, but

not that the defendant have been served."); <u>Baker v. Bell Textron, Inc.</u>, No. 3:20-CV-292-X, 2020 WL 5513431, at *5 (N.D. Tex. Sept. 14, 2020) (service is not a condition precedent to removal).

4. A copy of the Complaint in the State Lawsuit is attached hereto as Exhibit A-2.

## **JURISDICTION**

5. This matter is a civil action over which this District Court has original jurisdiction under 28 U.S.C. §§ 1331 and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a) in that it is a civil action arising under the laws of the United States over which the district courts of the United States have original jurisdiction.

6. In Counts One and Two of the Complaint, Abibou alleges federal claims of discrimination and retaliation, respectively, under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq*. (<u>See</u> Compl. ¶¶ 17–37.) Accordingly, this Court has original jurisdiction over the action pursuant to 28 U.S.C. § 1331 and the entire action is subject to removal to this Court pursuant to 28 U.S.C. § 1441(a).

7. Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), the United States District Court for the Northern District of Texas is the appropriate court to which to remove this action from the 101st District Court, Dallas County, Texas, where the action was filed.

8. Pursuant to 28 U.S.C. § 1446 and Rule 81.1 of the Local Rules of Practice for the U.S. District Court for the Northern District of Texas, attached as **Exhibit A** to this Notice of Removal is an index of all documents that were filed in the State Lawsuit, a copy of the docket sheet in the State Lawsuit, and a true and correct copy of each and every document filed in the State Lawsuit. Defendant will also separately file a Certificate of Interested Persons pursuant to Local Rule 81.1.

9. As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the 101st District Court, Dallas County, Texas.

WHEREFORE, Defendant Envoy Air Inc. respectfully requests that this action be removed to this Court and that it be placed on the docket of this Court for all further proceedings.

Respectfully Submitted,

*/s/ Theanna Bezney*
Theanna Bezney
Texas Bar No. 24089243
FISHER & PHILLIPS LLP
500 North Akard, Suite 3550
Dallas, TX 75201
Telephone: (214) 220-9100
Facsimile: (214) 220-9122
*tbezney@fisherphillips.com*

**ATTORNEYS FOR DEFENDANT ENVOY AIR INC.**

## CERTIFICATE OF SERVICE

I certify that on September 9, 2021, I served the forgoing document on Plaintiff Pro Se via electronic service and U.S. First Class Mail:

Rahchidatou Abibou
1121 Beachview Street, Apt. 3106
Dallas, TX 75218
Rahchida.abibou@gmail.com

*/s/ Theanna Bezney*
Theanna Bezney

3